## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| KARLA O'NELL NORAMBUENA, NATALIA TAPIA LEIVA, ALMENDRA GONZALEZ DE LA PAZ, DAVID SILVA MORENO, FERNANDO VILCHES CASTILLO, CLAUDIO RAMOS, ALEJANDRO PIZARRO, EDUARDO ANTONIO MUÑOZ VARGAS, CARILYNS SARAI CAMUS JORQUERA, GONZALO ESCOBAR ESPEJO, CATALINA NOEMI RIVAS MORALES, BAIRON MOREL GUERRA, AND DIEGO CRISTOBAL AHUMADA SOULODRE, <br><br>Plaintiffs, <br><br>v. <br><br>WESTERN IOWA TECH COMMUNITY COLLEGE (WITCC), TERRY YI, ROSANA SALGADO BURRIGHT, JULINE ALBERT, TERRY MURELL, JAMES ZUERCHER, LILY CASTRO, PREMIER SERVICES, INC. d/b/a J&L ENTERPRISES, also d/b/a J&L STAFFING AND RECRUITING INC., NANCY ALBRECHT, CARLOS ESPINOZA, SOLEDAD ROJAS, JORGE ACROS, CRISTIAN SAN MARTIN MATTA, TUR-PAK FOODS, INC., and ROYAL CANIN USA INC., <br><br>Defendants. | Case No. 5:20-cv-04054 <br><br><br><br><br><br><br><br><br>**DEFENDANTS PREMIER SERVICES INC.'S and NANCY ALBRECHT'S PARTIAL MOTION TO DISMISS** |

COME NOW Defendants Premier Services Inc., d/b/a J&L Enterprises also d/b/a J&L Staffing and Recruiting, Inc. ("J&L") and Nancy Albrecht ("Albrecht") (collectively "Defendants"), and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move the Court to dismiss Counts

1-9 and 11 asserted against J&L and Albrecht in Plaintiffs' Third Amended Complaint and Jury Demand ("TAC").

For the reasons set forth in Defendants' accompanying Brief in Support of Partial Motion to Dismiss, Defendants respectfully request the Court enter an order dismissing Counts 1-9 and 11 asserted against J&L and Albrecht in Plaintiffs' TAC with prejudice and without leave to amend, and for such other relief as the Court deems appropriate.

Dated this 29th day of June 2021.

Respectfully submitted,

PREMIER SERVICES, INC., and NANCY ALBRECHT,
Defendants

*/s/ Sarah J. Millsap*
Sarah J. Millsap, #AT0007538
Brock J. Pohlmeier (admitted *pro hac vice*)
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 400
Omaha, NE 68114
Telephone: (402) 391-1991
Facsimile: (402) 391-7363
Email: sarah.millsap@jacksonlewis.com
Email: brock.pohlmeier@jacksonlewis.com
ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the court's electronic filing system which sent notification of such filing to all parties of record.

*/s/ Sarah J. Millsap*

4814-1833-5983, v. 1