# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| KARLA O'NELL NORAMBUENA, et al., | |
| Plaintiffs, | Case No. 20-CV-4054-LTS-KEM |
| vs. | **REPORT AND RECOMMENDATION** |
| WESTERN IOWA TECH COMMUNITY COLLEGE, et al., | |
| Defendants. | |

Counsel for Plaintiffs previously moved to withdraw from representing one of the fourteen Plaintiffs—Catalina Noemi Rivas Morales. Doc. 200. Counsel noted Morales did not respond to emails on four separate dates, requesting information from her for discovery, and Morales also failed to respond to a letter indicating counsel would withdraw representation if she did not get in touch. *Id.* I granted the motion to withdraw and ordered Morales to file a notice indicating "whether she intends to represent herself pro se, retain new counsel, or seeks to withdraw from the case." Doc. 201. The deadline for Morales to file such a notice has come and gone, despite counsel certifying they sent my order to Morales. Doc. 202.

"A district court may, on its own motion, dismiss an action for failure of the plaintiff to comply with any order of the court."[1] Here, it appears that Morales no longer wishes to be involved in this case, as she has been uncooperative with her attorneys and stopped responding to their communications, and she did not file the required notice

---

[1] *Haley v. Kansas City Star*, 761 F.2d 489, 490 (8th Cir. 1985); *see also* **Fed. R. Civ. P. 41(b)**; *Link v. Wabash R. Co.*, 370 U.S. 626, 630-32 (1962) (court may dismiss sua sponte for failure to prosecute).

ordered by the court. I therefore **recommend** that the district court dismiss Morales as a Plaintiff from this case for failure to prosecute.

Objections to this Report and Recommendation must be filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the objections.[2] Failure to object to the Report and Recommendation waives the right to *de novo* review by the district court of any portion of the Report and Recommendation, as well as the right to appeal from the findings of fact contained therein.[3]

The Clerk of Court shall send a copy of this Report and Recommendation to Plaintiff Morales using the information contained in the sealed Notice at Doc. 202, providing the last known contact information.

**DATED** November 3, 2023.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa

---

[2] **Fed. R. Civ. P. 72**.

[3] *See United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009).