# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| KARLA O'NELL NORAMBUENA et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN IOWA TECH COMMUNITY COLLEGE (WITCC) et al.,<br><br>Defendants. | CASE NO. 5:20-cv-4054-LTS-KEM<br><br>VOLUNTARY AND STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) <u>FOR WITCC DEFENDANTS ONLY</u> |

**COME NOW** Plaintiffs, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1) and hereby dismiss all counts of the above captioned case against Defendants Western Iowa Tech Community College, Juline Albert, Rosana Salgado Burright, Lily Castro, James Zuercher, Terry Yi, and Terry Murrell ("WITCC DEFENDANTS") only with prejudice.

**PARRISH KRUIDENIER, L.L.P.**

By:   /s/ *Brandon Brown*
      Brandon Brown    AT0001199
      Benjamin D. Bergmann    AT0009469
      Jessica Donels    AT0013389
      2910 Grand Avenue
      Des Moines, Iowa 50312
      Telephone: (515) 284-5737
      Facsimile: (515) 284-1704
      bbrown@parrishlaw.com
      bbergmann@parrishlaw.com
      jdonels@parrishlaw.com
      **ATTORNEYS FOR PLAINTIFFS**

# WITCC DEFENDANTS' STIPULATION

**COME NOW,** the Defendants, Western Iowa Tech Community College, Juline Albert, Rosana Salgado Burright, Lily Castro, James Zuercher, Terry Yi, and Terry Murrell by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of claims against WITCC Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

/s/ *Scott Brennan*
Scott Brennan (AT0001100)
Sarah Franklin (AT0009630)
Elizabeth Van Arkel (AT0011370)
Katherine Gral (AT013357)
Spencer Willems (AT0014087)
DENTONS DAVIS BROWN
215 10th Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: scott.brennan@dentons.com
Email: elizabeth.vanarkel@dentons.com
Email: katie.gral@dentons.com
Email: sarah.franklin@dentons.com
Email: spencer.willems@dentons.com

## PREMIER SERVICES DEFENDANTS' STIPULATION

**COME NOW,** the Defendants, Premier Services, Inc., d/b/a J&L Enterprises, also d/b/a J&L Staffing and Recruiting Inc.; and Nancy Albrecht by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of Plaintiffs' claims against WITCC Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

*/s/ Sarah J. Millsap*
Sarah J. Millsap, #AT0007538
Brock J. Pohlmeier (admitted *pro hac vice*)
Ann L. Zebrowksi, #AT0012033
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 400
Omaha, NE 68114
Telephone: (402) 391-1991
Facsimile: (402) 391-7363
Email: sarah.millsap@jacksonlewis.com
brock.pohlmeier@jacksonlewis.com
ann.zebrowski@jacksonlewis.com

## TUR-PAK FOOD'S STIPULATION

**COME NOW,** the Defendants, Tur-Pak Foods by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of claims against WITCC Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

*/s/ Thomas Joensen*
Thomas J. Joensen AT0003868
Tyler R. Smith AT0013123
GORDON REES SCULLY MANSUKHANI, LLP
1701 Ruan Center
666 Grand Avenue
Des Moines, IA 50309
Telephone: (515) 204-2845
Email: tjoensen@grsm.com

## ROYAL CANIN USA INC.'S STIPULATION

**COME NOW,** the Defendants, Royal Canin USA Inc. by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of Plaintiffs' claims against WITCC Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

*/s/ Matthew J. Cannon*
Matthew J. Cannon (Ill. Bar No. 6242637)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
T: (312) 456-8400
F: (312) 456-8435
cannonm@gtlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 7/31/2024, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Scott Brennan
Email: scott.brennan@dentons.com
Elizabeth Van Arkel
Email: elizabeth.vanarkel@dentons.com
Katherine Gral
Email: katie.gral@dentons.com
Sarah Franklin
Email: sarah.franklin@dentons.com
Spencer Willems
Email: spencer.willems@dentons.com
ATTORNEYS FOR:
WITCC, TERRY YI, ROSANA SALGADO BURRIGHT, JULINE ALBERT, TERRY MURELL, JAMES ZUERCHER, and LILY CASTRO

Sarah Millsap
Email: sarah.millsap@jacksonlewis.com
Brock Pohlmeier
Email: brock.pohlmeier@jacksonlewis.com
ATTORNEYS FOR

5

Case 5:20-cv-04054-LTS-KEM   Document 300   Filed 07/31/24   Page 5 of 6

PREMIER SERVICES, INC. and
NANCY ALBRECHT

Matthew Dixon
Email: mdixon@grsm.com
Thomas Joensen
Email: tjoensen@grsm.com
Ryan T Brown
Email: rtbrown@grsm.com
ATTORNEYS FOR TUR-PAK FOODS

Ryland Deinert
Email: deinert@klasslaw.com
Pro Hac Vice - Elizabeth Ralph
Email: ralphe@gtlaw.com
Pro Hac Vice – Matthew Cannon
Email: cannonm@gtlaw.com
ATTORNEYS FOR ROYAL CANIN USA INC

                                         /s/ *Alexandra Dea*
                                         Legal Assistant to Brandon Brown