# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| KARLA O'NELL NORAMBUENA, et al., | |
| Plaintiffs, | No. 20-CV-4054-LTS-KEM |
| v. | **ORDER** |
| PREMIER SERVICES, INC., d/b/a J&L Enterprises, agent of J&L Staffing and Recruiting, Inc., et al., | |
| Defendants. | |

_____

The court was informed on October 27, 2025, that the parties have reached settlement and that they anticipate no further action other than filing a stipulated dismissal. Accordingly, the court suspends all pending deadlines and cancels all scheduled court proceedings.

**THE COURT ORDERS**:

1. The Clerk of Court will administratively close this case for statistical purposes, terminate any pending motions, and remove all hearings, deadlines, and jury trial from the court's docket and trial calendar.

2. The parties must file closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41, no later than **forty-five (45) days** from the date of this order. The parties may move to extend this deadline by written motion.

**SO ORDERED** on October 27, 2025.

*Kelly K.E. Mahoney*
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa